# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of March, two thousand twenty-three,

Before:  Debra Ann Livingston,
     *Chief Judge*,
   Robert D. Sack,
     *Circuit Judge*,
   Brian M. Cogan,
     *District Judge*.*

_____

Rebecca McCutcheon, On behalf of themselves and on behalf of all others similarly situated, Paul Caufield, On behalf of themselves and on behalf of all others similarly situated,

  Plaintiffs - Appellees,

v.

Colgate-Palmolive Co., Colgate-Palmolive Co. Employee's Ret. Income Plan, Laura Flavin, Daniel Marsili, Employee Relations Committee of Colgate-Palmolive Co.,

  Defendants - Appellants.

**JUDGMENT**

Docket No. 20-3225

_____

  The appeal in the above captioned case from an order and judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the order and judgment of the district court are AFFIRMED.

       For the Court:
       Catherine O'Hagan Wolfe,
       Clerk of Court



_____

*Judge Brian M. Cogan, United States District Court for the Eastern District of New York, sitting by designation.